UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RENE ALEXIS LEZAMA | ) | Case No.: CV 09-04298 PSG |
| Plaintiff, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) | |
| MANDANA ROOFING, INC., et al., | ) | |
| Defendants. | ) | |

On May 18, 2010, the court was informed that this case had settled.[1] It appears from the docket that the jury trial, which had been set for September 20, 2010, did not take place.[2]

IT IS HEREBY ORDERED that the parties are required to file a stipulation of dismissal by February 11, 2011.

IT IS FURTHER ORDERED that if a stipulation of dismissal is not filed by that date, the parties are ordered to appear on February 15, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse and show cause why the case should not be dismissed for failure to prosecute. Failure to

---

[1] *See* 5/18/10 ADR Remark (Docket No. 13).

[2] *See* 3/17/10 Minute Entry (Docket No. 12).

ORDER, *page 1*

comply with this Order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: February 7, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge